UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTION AND REHABILITATION, et al., <br><br> Defendants. | Case No. CV 18-3534 DDP (SS) <br><br> **JUDGMENT** <br><br> **Failure to Pay Full Filing Fee** |

On April 26, 2018, Plaintiff, a California state prisoner proceeding pro se, filed the above-captioned civil rights action. On May 2, 2018, the Court denied Plaintiff's application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915 on the grounds that Plaintiff has three or more "strikes" under the Prison Litigation Reform Act ("PLRA") and the Complaint did not allege facts showing that he was "under imminent danger of serious physical injury." (See Order, Dkt. No. 4 at 1) (quoting 28 U.S.C. § 1915(g)); see also Andrews v. Cervantes, 493 F.3d 1047, 1052-53 (9th Cir. 2007) (under the PLRA's "three strikes" rule, prisoners who have repeatedly brought suits that were dismissed as frivolous,

malicious, or for failure to state a claim are barred from proceeding IFP in any new action unless the prisoner is under imminent danger of serious physical injury at the time the complaint is filed). Plaintiff was granted thirty days, i.e., until June 1, 2018, to pay the full filing fee if he wished to pursue this action.

The Court's deadline has passed and Plaintiff still has not paid the full filing fee. Accordingly, **IT IS ADJUDGED** that this action is dismissed without prejudice for Plaintiff's failure to comply with 28 U.S.C. § 1915.

IT IS SO ORDERED.

DATED: 7/24/18

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE